UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NANA QUEENIE LAWRENCE AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

                                    Plaintiff,

   -against-

STAR PERFUME CORPORATION and 1237
BEDFORD AVENUE LLC,

                                 Defendants.
-------------------------------------------------------------------- X

Docket No. 1:23-cv-00457-HG

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
         March 14, 2023

**BELL LAW GROUP, PLLC**

By: *Dan Johnston*
Daniel Johnston
*Attorneys for Plaintiff*
116 Jackson Blvd.
Syosset, New York 11791

**ALI & BAINS P.C.**

By: _____
Tejinder Singh Bains
*Attorneys for Defendant Star Perfume Corporation*
118-35 Queens Blvd.,
Forest Hills, NY 11375

**THE GOLD LAW FIRM, PC**

By: *Melissa Levine, Esq.*
Melissa Beth Levine
*Attorneys for Defendant 1237 Bedford Avenue LLC*
1666 Newbridge Road
North Bellmore, NY 11710